No. 82–6138. BROOKS v. PRESIDENT OF THE UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied. ∎

No. 82–6147. BROWN v. MINNEAPOLIS ELECTRIC STEEL CASTINGS CO. ET AL. Sup. Ct. Minn. Certiorari denied.

No. 82–6150. FEJERAN, AKA CRUZ v. PEOPLE OF THE TERRITORY OF GUAM. C. A. 9th Cir. Certiorari denied.

No. 82–6151. HAYES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–6155. SPITLER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–6161. DONOVAN v. HARRIS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 82–6170. BARRETT v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 82–6173. ANGULO-QUINONES v. UNITED STATES; CUESTAS-FUENTES v. UNITED STATES; and CESAR v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ∎

No. 82–6177. SIMMONS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–6179. REEVES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–6183. OSTRER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 82–6185. FAIL v. SEARS, ROEBUCK & CO. C. A. 5th Cir. Certiorari denied.